# UNITED STATES DISTRICT COURT

State and _____ DISTRICT OF _____ New Mexico _____

UNITED STATES OF AMERICA

V.

JAIME-Beltran, Francisco Javier

DOB: 12/03/197~~2~~ 1971
Aguascalientes, Aguascalientes
Mexico

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-4880M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____May 25, 2002____ in ____Dona Ana____ county, in the ____State and____ District of ____New Mexico____ defendant (s) did, (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the Attorney General of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

in violation of Title ____8____ United States Code, Section(s) ____1326 (a)(1) & (a)(2)____

I further state that I am a (n) Border Patrol Agent, Santa Teresa, NM (Official Title) and that this complaint is based on the following facts:

The defendant was encountered by Agents J. Blakemore and R. Rodriguez near Mt. Cristo Rey in the Sunland Park, New Mexico area. Agents Blakemore and Rodriguez responded to the area after being alerted by radio dispatch that sensor activity was occuring. After a brief search they encountered the defendant amongst a group of ten individuals in an area that is not a designated port of entry as defined by the Attorney General. Agents Blakemore and Rodriguez questioned the defendant regarding his Citizenship, and the defendant admitted that he is a Native and Citizen of Mexico and that he is in the United States illegally, not in possession of any Immigration Documents to be or remain legally in the United States. Further, the defendant is present in the United States without admission by an Immigration Officer. During processing at the Santa Teresa Border Patrol Station, the "IDENT" system revealed that the defendant was last deported to Mexico via Laredo, Texas on January 2, 2000. There is no evidence that the defendant received permission from the Attorney General of the United States to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:   [ ] Yes   [X] No

_____ Lawrence B. Loman
Signature of Complainant

Sworn to before me and subscribed in my presence,

____May 26, 2002____                            Las Cruces, New Mexico
Date                                       at   City and State

____Karen B. Molzen   United States Magistrate Judge____   _____
Name & Title of Judicial Officer                             Signature of Judicial Officer