IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR02-1205 LCS |
| ) | 8 U.S.C. § 1325(a)(1) : |
| FRANCISCO JAVIER JAIME-BELTRAN, ) | Illegal Entry Without Inspection |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about the 25th day of May, 2002, in Doña Ana County, in the State and District of New Mexico, the defendant, FRANCISCO JAVIER JAIME-BELTRAN, who was then and there an alien, did knowingly and unlawfully enter into the United States from the Republic of Mexico, at a time and place not designated as a lawful Port of Entry, as designated by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325 (a)(1).

DAVID C. IGLESIAS
United States Attorney

MARK A. SALTMAN
Special Assistant U.S. Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(505) 522-2304 - Tel.
(505) 522-2391 - Fax

