IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
AT LAS CRUCES
JUL 18 2002
ROBERT M. MARCH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANCISCO JAVIER JAIME-BELTRAN, )<br>)<br>Defendant. ) | CRIMINAL NO. 02-1880 M |

## WAIVER OF INDICTMENT

FRANCISCO JAVIER JAIME-BELTRAN, the above named defendant, who is accused of 8 U.S.C. § 1325(a)(1): Illegal entry without inspection, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Fco. Javier Jaime Beltran_
FRANCISCO JAVIER JAIME-BELTRAN
Defendant

_[signature]_
CARLOS IBARRA
Attorney for Defendant

Date: 7/18/02

2