## PLEA/SENTENCE PROCEEDINGS BEFORE JUDGE SMITH

*United States v. FRANCISCO J. JAIME-BELTRAN*　　　　　　No. CR 02-4880M

Date: July 18, 2002　　　　Tape: LC 02-159　　　　　　Clerk: Marty Silva

Court in Session:　9:00 AM

USA by: RON JENNINGS, Asst. U.S. Attorney

Deft. present by: CARLOS IBARRA　　　　　　　　　　( X ) Apptd.  ( ) Retd.

Interpreter: C. THOMPSON　　　　　　　　　　　　　( X ) Official  ( ) Sworn

Probation Officer(s) present:  NONE

( ) Albuquerque  ( X ) Las Cruces  ( ) Santa Fe  ( ) Roswell　　___ Bench warrant ordered

---

___　Defendant sworn

_X_　Court questions Defendant regarding his/her physical and mental conditions
　　　　32 YRS OLD, EDUC: MIDDLE SCHOOL
___　*Memorandum of Understanding* regarding plea agreement filed in Open Court

_X_　*Information* filed

___　Court advises Defendant of the charge and possible penalty:

　　Imprisonment:　　　　　Fine:
　　Supervised Release:　　SPA:

---

_X_　Defendant enters plea of GUILTY to INFORMATION

_X_　Court finds Defendant competent to proceed

_X_　Sentencing:  TIME SERVED; SPA WAIVED

___　Defendant to remain in custody

___　Present *Conditions of Release* to continue

___　Presentence Report ordered

\\